UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILMER ALEX PALMA, ET AL.**                                  **CIVIL ACTION**

**VERSUS**                                                     **NO. 15-3025**

**TORMUS INC., ET AL.**                                        **SECTION "B"(2)**

**ORDER**

Considering the foregoing "Motion to Dismiss with Prejudice" (Rec. Doc. 48),

**IT IS ORDERED** that the motion is **GRANTED** and that above captioned matter be, and the same is, hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 27th day of October, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE